UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| VOICE DOMAIN TECHNOLOGIES, LLC, ) <br> ) <br>                  *Plaintiff*, ) <br> ) <br>     v.    ) <br> ) <br> APPLE INC.,    ) <br> ) <br>                  *Defendant*. ) <br> ) | Case No. 13-cv-40138 <br><br> JURY TRIAL DEMANDED |

**PLAINITFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
<u>THOMAS C. CHEN AS COUNSEL OF RECORD</u>**

Pursuant to Local Civil Rule 83.5.2(c), Plaintiff Voice Domain Technologies respectfully moves the Court for leave to withdraw Thomas C. Chen as counsel for Plaintiff in the above-captioned matter.  The other attorneys from Fisch Sigler LLP who have appeared in this matter will continue to represent Plaintiff.

This withdrawal will not delay the proceedings.  The Defendant Apple Inc. does not oppose this motion.

Date: June 5, 2014                                  Respectfully submitted,


/s/ *John T. Battaglia*
John T. Battaglia

Bruce J. Barker (BBO No. 55102)
CHAO HADIDI STARK & BARKER LLP
176 East Main Street
Suite 6
Westborough, MA 01581
(508) 366-3800
bbarker@chsblaw.com

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
John T. Battaglia
*john.battaglia@fischllp.com*
Thomas C. Chen
*thomas.chen@fischllp.com*
FISCH SIGLER LLP
5335 Wisconsin Avenue NW
Washington, DC 20015

Peter J. Scoolidge
*peter.scoolidge@fischllp.com*
Silvia Jordan
*silvia.jordan@fischllp.com*
FISCH SIGLER LLP
432 Park Avenue South
New York, NY 10016

*Attorneys for*
*Voice Domain Technologies, LLC*


*/s/ Bruce J. Barker*
Bruce J. Barker
On behalf of Voice Domain Technologies, LLC

## CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2014, this document was filed through the Electronic Case Filing System of the United State District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

By: <u>*/s/ John T. Battaglia*</u>
John T. Battaglia