# Exhibit 1

| | |
|---|---|
| **From:** | Peter Scoolidge |
| **Sent:** | Wednesday, July 30, 2014 12:59 PM |
| **To:** | Choksi, Maya; John Battaglia |
| **Cc:** | Papastavros, Nick; Krause, Summer |
| **Subject:** | RE: Voice Domain v. Apple (D. Mass.) - Motion for Leave to File Sur-reply |

Dear Maya and Summer,

Hope all remains well with you both.

Thanks for your e-mails. We were out of pocket for most of the day yesterday. But what is the basis for a sur-reply? As you'll recall, we already set forth with Judge Hillman in our June conference that briefing would be complete upon the filing of Voice Domain's reply, and that we'd have this schedule to help expedite a decision on the disputed PO provisions. Given the importance of this timing, I think we could still agree to a sur-reply if Apple will drop its objection and agree to having the interim PO entered while the Court adjudicates the underlying disputed provisions for a final PO. Please let us know.

Best,
Peter Scoolidge
Fisch Sigler LLP
432 Park Avenue South
Fourth Floor
New York, NY 10016
212.235.0445 (direct)
www.FischLLP.com

---

**From:** Choksi, Maya [mailto:maya.choksi@dlapiper.com]
**Sent:** Tuesday, July 29, 2014 5:30 PM
**To:** John Battaglia; Peter Scoolidge
**Cc:** Papastavros, Nick; Krause, Summer
**Subject:** Voice Domain v. Apple (D. Mass.) - Motion for Leave to File Sur-reply

John and Peter:

Apple intends to file a motion for leave to file a sur-reply brief in regards to the motion for protective order briefing.  Pursuant to Local Rule 7.1(a)(2), please let us know if Voice Domain has any objection to the proposed motion for leave.

Regards,
Maya

**Maya Choksi**
Associate

**T** +1 617.406.6095
**F** +1 617.406.6100
**E** maya.choksi@dlapiper.com



DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
United States
www.dlapiper.com

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.